OFFICE OF THE CLERK

**PATRICIA DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 6, 2021

Tremayne Durham # 0S01613467
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

RE: Tremayne Durham v. B. Davis, et al.
Case Number: 21-2208
District Court Case Number: 3-19-cv-19126

Dear Mr. Durham:

This will advise you that the above-captioned appeal will be submitted to a panel of this Court for possible dismissal due to a jurisdictional defect. It appears that this Court may lack appellate jurisdiction for the following reason(s):

The order that you have appealed may not be reviewable at this time by a court of appeals. Under 28 U.S.C. Section 1291 (enclosed), only final orders of the district courts may be appealed. Ordinarily, an order that dismisses a complaint or denies an in forma pauperis motion without prejudice is neither final nor appealable when the deficiency may be corrected. See Borelli v. City of Reading, 532 F. 2d 950 (3d Cir. 1976)(per curiam) (to be final, order of dismissal must be with prejudice; order dismissing without prejudice contemplates leave to amend and is not appealable unless plaintiff elects to stand on complaint); see also Redmond v. Gill, 352 F.3d 801, 803 (3d Cir. 2003) (denial without prejudice of motion for leave to proceed in forma pauperis is not final or appealable when there is an opportunity to cure the defect in the filing; to be final, order denying in forma pauperis status must have the practical effect of terminating the action and precluding the plaintiff from proceeding in forma pauperis).

Jurisdictional defects cannot be remedied by the court of appeals. The parties may submit written argument in support of or in opposition to dismissal of the appeal for lack of appellate jurisdiction. Any response regarding jurisdiction must be in proper form (original with certificate of service), and must be filed within 21 days from the date of this letter. Upon expiration of the

response period, the case will be submitted to the Court for consideration of the jurisdictional question.

The parties will be advised of any Order issued in this matter.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By:
Stephen, Administrative Assistant